IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHANNON LEWIS AVERY, SR.,

        Plaintiff,        1: 07 CV 1175 OWW WMW PC

    vs.        ORDER RE MOTION (DOC 18)

CDCR, et al.,

        Defendants.

      Plaintiff has filed a motion seeking the return of exhibits attached to his complaint. This action was filed in the Northern District, and transferred to this district. The case was filed electronically, and the original documents were retained by the Northern District. The court will, however, direct the Clerk to send to Plaintiff the scanned copies of the documents he seeks.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's motion for the return of exhibits is granted.

      2. The Clerk is directed to send to Plaintiff pages 71 through 104 of the August 13, 2007, complaint.

IT IS SO ORDERED.

**Dated:   July 17, 2008**                /s/  **William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE

1