IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


SHANNON LEWIS AVERY, SR.,

           Plaintiff,              1: 07 CV 1175 AWI WMW PC

      vs.                    ORDER RE MOTIONS (DOCS 26,  29, 40)


G. GONZALES, et al.,

           Defendants.


      Plaintiff has filed motions seeking a jury trial, and to have the summons and complaint served by the U.S. Marshal.  The court directs Plaintiff to Federal Rule of Civil Procedure 38(b) for the filing requirements for a demand for jury trial.  At such time as the court screens the complaint, the court will direct service of the complaint upon those defendants that Plaintiff states a claim against.  Upon the filing of an answer, a discovery order will issued, setting a deadline for the filing of amended pleadings.  Any amended complaint may include a demand for jury trial.  The motion is therefore premature.

      As to Plaintiff's motions for service, the complaint will be screened in due course. Appropriate orders will then issued.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions are denied.

IT IS SO ORDERED.

**Dated:    February 26, 2009**          **/s/  William M. Wunderlich**
                                 UNITED STATES MAGISTRATE JUDGE