IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON LEWIS AVERY, | |
| Plaintiff, | 1: 07 CV 01175 OWW YNP GSA (PC) |
| vs. | ORDER |
| CDCR DIRECTOR, et al., | |
| Defendants. | |

On July 23, 2009, a recommendation of dismissal was entered, recommending that this action be dismissed for Plaintiff's failure to file an amended complaint. Subsequently, an order was entered, granting Plaintiff an extension of time in which to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that the July 23, 2009, recommendation of dismissal is vacated.

IT IS SO ORDERED.

Dated: **July 28, 2009**          /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE

1