1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  SHANNON LEWIS AVERY, SR.,          1:07-cv-01175-LJO-GSA-PC

10          Plaintiff,                ORDER ADOPTING FINDINGS
                                      AND RECOMMENDATIONS
11     vs.                            (Doc. 95)

12  CDCR DIRECTOR, et al.,            ORDER DISMISSING DEFENDANT
                                      BASCOM FROM THIS ACTION
13                                    PURSUANT TO RULE 4(m)
            Defendants.
14  _____/

15         Shannon Lewis Avery, Sr. ("Plaintiff"), is a former state prisoner proceeding pro se in this civil

16  rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

17  pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On February 23, 2012, findings and

18  recommendations were entered, recommending that defendant Bascom be dismissed from this action

19  pursuant to Federal Rule of Civil Procedure 4(m), based on Plaintiff's failure to provide information to

20  enable service of process.  On March 21, 2012, Plaintiff filed objections to the findings and

21  recommendations.

22         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court

23  has conducted a de novo review of this case.  Having carefully reviewed the entire file, including

24  Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record

25  and proper analysis.

26         Plaintiff maintains that the Court should make further efforts to identify and locate defendant

27  Bascom to enable the United States Marshal (Marshal) to serve him with process.  Plaintiff requests the

28                                          1

1    Court to direct the Marshal to locate defendant Bascom through work records at Avenal State Prison

2    from the morning of August 20, 2006.  Plaintiff also maintains that the Court should require other

3    defendants and witnesses to further identify the defendant they call "Bascom."  Plaintiff requests the

4    Court to locate Registered Nurse A. McGraw, who witnessed the incident at issue on August 20, 2006,

5    and request information from her about defendant Bascom's identity.  Plaintiff also requests a court order

6    directing the Legal Affairs Division of the CDCR to question defendants and witnesses about the

7    "Defendant who dropped Plaintiff."  (Doc. 96 at 3:26-28.)

8           As discussed by the Magistrate Judge in the findings and recommendations, the Court and the

9    Marshal have exhausted the avenues available to them for identifying and locating this defendant on

10   behalf of Plaintiff.  The Court has twice issued orders directing the Marshal to attempt service upon

11   defendant Bascom, without success.  In the second order, the Court required the Marshal to enlist the

12   assistance of the Legal Affairs Division of the CDCR.  Both times, prison officials found no record of

13   a current or former correctional officer named Bascom. It is Plaintiff's responsibility to provide the

14   Marshal with accurate and sufficient information to effect service of the summons and complaint, and

15   Plaintiff appears unable to provide such information.  Therefore, defendant Bascom shall be dismissed

16   from this action.  Walker, 14 F.3d at 1421-22.

17          Accordingly, THE COURT HEREBY ORDERS that:

18          1.     The Findings and Recommendations issued by the Magistrate Judge on February 23,

19                 2012, are adopted in full;

20          2.     Defendant Bascom is dismissed from this action pursuant to Rule 4(m), based on

21                 Plaintiff's failure to effect service upon him; and

22          3.     The Clerk of Court is directed to reflect the dismissal of defendant Bascom from this

23                 action on the court's docket.

24   IT IS SO ORDERED.

25   **Dated:    April 16, 2012**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

26

27

28
                                            2