1

2

3

4

5

6

7                           IN THE UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    SHANNON LEWIS AVERY, SR.,              1:07-cv-01175-LJO-GSA-PC

11             Plaintiff,                    ORDER ADOPTING FINDINGS
                                             AND RECOMMENDATIONS
12         vs.                               (Doc. 114.)

13    CDCR DIRECTOR, et al.,                 ORDER DENYING DEFENDANTS'
                                             MOTION TO DISMISS FOR FAILURE
14                                           TO PROSECUTE
               Defendants.                   (Doc. 104.)
15
                                             ORDER REFERRING CASE BACK TO
16                                           MAGISTRATE JUDGE FOR FURTHER
                                             PROCEEDINGS
17    _____/

18         Shannon Lewis Avery, Sr. ("Plaintiff") is a former state prisoner proceeding pro se in this civil

19    rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

20    pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On January 18, 2013, findings and recommendations were entered, recommending that

22    Defendants' motion to dismiss this action for failure to prosecute be denied.  (Doc. 114.)  On February

23    25, 2013, Plaintiff filed objections.  (Doc. 115.)

24         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court

25    has conducted a de novo review of this case.  Having carefully reviewed the entire file, including

26    Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record

27    and proper analysis.

28
                                             1

Accordingly, THE COURT HEREBY ORDERS that:

1.    The Findings and Recommendations issued by the Magistrate Judge on January 18, 2013, are ADOPTED in full with respect to Defendants' motion to dismiss;

2.    Defendants' motion to dismiss for failure to prosecute, filed on August 2, 2012, is DENIED; and

3.    This case is referred back to the Magistrate Judge for further proceedings, including the resolution of discovery matters.

IT IS SO ORDERED.

**Dated:    February 25, 2013         /s/  Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

2